# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BECKY MATHENY, individually and as Surviving Spouse of RONALD MATHENY, Deceased, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:06-00565 |
| | ) Judge Trauger |
| v. | ) |
| THE TENNESSEE VALLEY AUTHORITY, | )<br>) |
| Defendant/Third-Party Plaintiff/ Counter-Defendant. | )<br>) |
| v. | ) |
| THOMAS LAWRENCE and JOHNNA LAWRENCE, | )<br>) |
| Defendant/Counter-Plaintiff and Counter-Plaintiff | )<br>) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Tennessee Valley Authority, (Docket No. 45), is **DENIED**.

It is so ordered.

Enter this 15th day of August 2007.

_____
ALETA A. TRAUGER
United States District Judge