# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BECKY MATHENY, individually and as Surviving Spouse of RONALD MATHENY, Deceased, | ) ) ) |
| Plaintiff, | ) ) Case No. 3:06-0565 |
| v. | ) Judge Trauger ) |
| THE TENNESSEE VALLEY AUTHORITY, | ) ) ) |
| Defendant/Third-Party Plaintiff/ Counter-Defendant. | ) ) ) |
| v. | ) ) |
| THOMAS LAWRENCE and JOHNNA LAWRENCE, | ) ) ) |
| Third-Party Defendant/ Counter-Plaintiff and Counter-Plaintiff | ) ) ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, judgment is entered for the plaintiff in the amount of $2,159,153.00 compensatory damages, and in favor of the counter-plaintiffs in the amount of $238,685.10 compensatory damages.

It is so Ordered.

Enter this 6th day of December 2007.

ALETA A. TRAUGER
United States District Judge